```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |  |
|---|---|---|
| CHRISTOPHER HAWKS, et al., | : | CIVIL ACTION NO. 05-5549 (MLC) |
| Plaintiffs, | : | **MEMORANDUM OPINION** |
| v. | : |  |
| PHILIP LIAN, et al., | : |  |
| Defendants. | : |  |

**THIS MATTER** arising on (1) the plaintiffs' motion for injunctive relief, and (2) the Court's order to show cause why the complaint should not be dismissed for lack of jurisdiction under 28 U.S.C. § 1332; and the plaintiffs now submitting a "Notice of Voluntary Dismissal Without Prejudice" pursuant to Federal Rule of Civil Procedure ("Rule") 41(a) (dkt. entry no. 7); and thus the Court intending to (1) deny the motion without prejudice, (2) vacate the order to show cause, and (3) dismiss the complaint under Rule 41(a); and for good cause appearing, the Court will issue an appropriate order and judgment.

             s/ Mary L. Cooper
     **MARY L. COOPER**
     United States District Judge